

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 1:50:13 PM
CHRISTOPHER A. PRINE
Clerk

R DATE **8/20/2025**

## NOTICE OF APPEALS
## ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:** 15TH COURT OF APPEALS

**From:** Deputy Clerk: DESHA YATES
Marilyn Burgess, District Clerk
Harris County, T E X A S

**CAUSE: 2023-07113**   **COURT: 281ST**   **RELATED APPEAL: NONE**

**CASE STATUS: READY DOCKET**   **IMAGE #(S): 121909770**

**TENTATIVE DUE 8/29/2025**   **ATTORNEY 24106513**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 7/30/2025**

**MOTION FOR NEW TRIAL DATE FILED NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED NONE**

**REQUEST TRANSCRIPT DATE FILED NONE**

**NOTICE OF APPEAL DATE FILED 8/19/2025**

**NUMBER OF DAYS: ( CLERKS RECORD ) 10 DAYS**

**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: BG, C, OA**

**COURT REPORTER: KATHLEEN MILLER**

MARILYNN BURGESS
Harris County, District Clerk



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

By: __/s/ *Desha Yates*_____

**DESHA YATES, Deputy**

**BC - NOTICE OF APPEAL FILED**
**BG - NOTICE OF APPEAL FILED – GOVERNMENT**
**C - JUDGMENT BEING APPEALED**
**D - ACCELERATED APPEAL**
**OA - NO CLERK'S RECORD REQUEST FILED**
**O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)**
**NA - AMENDED NOTICE OF APPEAL**
**CR – CROSS APPEAL**
**H - PAUPER'S OATH FILED**

CAUSE NO. 2023-07113

| | | |
|---|---|---|
| ASHLIE DOMINGUEZ, *Plaintiff,* | § § § | IN THE DISTRICT COURT OF |
| v. | § § | |
| EDUARDO MORENO, KELLY RAY WREN, AND DRAGGIN TOOLS TRUCKING, LLC, *Defendants.* | § § § § § | HARRIS COUNTY, TEXAS 281ST JUDICIAL DISTRICT |

Consolidated with:
CAUSE NO. 2023-36840

| | | |
|---|---|---|
| ORLANDO HAYWARD AND REYNA HAYWARD, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF NIGUEL HAYWARD, DECEASED, *Plaintiffs,* | § § § § § § § § | IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS |
| v. | § § § | |
| EDUARDO MORENO, *Defendant.* | § § | 281ST JUDICIAL DISTRICT |

## NON-PARTY TEXAS ALCOHOLIC BEVERAGE COMMISSION'S NOTICE OF APPEAL

The cause no. 2023-07113, styled *Ashlie Dominguez v. Eduardo Moreno, Kelly Ray Wren, and Draggin Tools Trucking, LLC*, consolidated with cause no. 2023-36840, styled *Orlando Hayward and Reyna Hayward, individually and as representatives of the estate of Niguel Hayward, deceased v. Eduardo Moreno*, was filed in the 281st Judicial District Court of Harris County, Texas.

The Hon. Christine Vinh Weems presiding judge of the 281st District Court of Harris County, signed an order granting Plaintiff's Motion to Compel Third Party Compliance and Motion to Overrule Objections and ordered non-party Texas Alcoholic Beverage Commission to produce records to Plaintiffs on July 30, 2025.

Non-party Texas Alcoholic Beverage Commission desire to appeal the July 30, 2025, order that granted Plaintiffs' Motion to Compel to the Fifteenth Court of Appeals.

This interlocutory appeal is permitted pursuant to Texas Civil Practice & Remedies Code § 51.014(a)(8). Pursuant to Texas Rule of Appellate Procedure 28.1(a), this interlocutory appeal is an accelerated appeal.

<div style="margin-left:40%">

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Patrick Todd*
PATRICK TODD
State Bar No. 24106513
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station

</div>

Austin, Texas 78711-2548
Telephone: (512) 936-1660
Patrick.Todd@oag.texas.gov

***Attorneys for Non-Party***
***Texas Alcoholic Beverage Commission***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on August 19, 2025 on the following attorneys-in-charge, by e-service:

Muhammad S. Aziz
State Bar No. 24043538
maziz@awtxlaw.com
Jessica L. Dean
State Bar No. 24043538
jdean@awtxlaw.com
Kim Spurlock
State Bar No. 24032582
kspurlock@awtxlaw.com
Hailey Hutson
State Bar No. 24143669
hhutson@awtxlaw.com
ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER
800 Commerce Street
Houston, Texas 77002
Tel: (713) 222-7211
Fax: (713) 225-0827

ATTORNEYS FOR PLAINTIFFS ORLANDO HAYWARD AND REYNA HAYWARD, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF NIGUEL HAYWARD, DECEASED

Carlos A. Balido
State Bar No. 01631230
BalidoEDocsNotifications@wbclawfirm.com
Laura Wright
State Bar No. 24098636
WrightEdocsNotifications@wbclawfirm.com
Walters, Balido & Crain, L.L.P.
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Tel: (214) 749-4805
Fax: (214) 204-2101

ATTORNEYS FOR DEFENDANT EDUARDO MORENO

Daragh Cartner
State Bar No. 24050387
dcarter@smithandhassler.com
SMITH & HASSLER
1225 North Loop West, Suite 525
Houston, Texas 77008
Tel: (713) 739-1250

ATTORNEY FOR PLAINTIFF ASHLIE DOMINQUEZ

Brian G. Cano
State Bar No. 24045613
bcano@feesmith.com
Stephen M. Mengis
State Bar No. 24094842
smengis@feesmith.com
FEE, SMITH & SHARP LLP.
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel: (713) 362-8313
Fax: (713) 362-8302

Michael A. Logan
State Bar No. 12497500
mlogan@krcl.com
Kayla M. Bright
State Bar No. 24138092
kbright@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel: (214) 777-4294
Fax: (214) 777-4299

ATTORNEYS FOR DEFENDANTS KELLY
RAY WREN AND DRAGGIN TOOLS
TRUCKING, LLC

ATTORNEYS FOR DEFENDANT SANDBAGGERS
PUB, NP

Danielle Hollis
State Bar No. 24085380
danielle.hollis@wilsonelser.com
Cameron Keener
State Bar No. 24107827
cameron.keener@wilsonelser.com
Kent M. Adams
State Bar No. 00869200
kent.adams@wilsonelser.com
WILSON ELSER
909 Fannin Street, Suite 3300
Houston, Texas 77010
Tel: (713) 353-2023
Fax: (713) 785-7780

ATTORNEYS FOR DEFENDANT LIFFEY
INC., D/B/A MOLLY'S PUB

*/s/ Patrick Todd*
PATRICK TODD
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Patrick Todd
Bar No. 24106513
catherine.hughes@oag.texas.gov
Envelope ID: 104543988
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 8/19/2025 11:36 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carlos A.Balido | | BalidoEDocsNotifications@wbclawfirm.com | 8/19/2025 10:10:26 AM | SENT |
| Brian G.Cano | | bcano@feesmith.com | 8/19/2025 10:10:26 AM | SENT |
| Stephen Mengis | 24094842 | smengis@feesmith.com | 8/19/2025 10:10:26 AM | SENT |
| Stephen Mengis | | smengis@feesmith.com | 8/19/2025 10:10:26 AM | SENT |
| Danielle Hollis | | danielle.hollis@wilsonelser.com | 8/19/2025 10:10:26 AM | SENT |
| Daragh Carter | | dcarter@smithandhassler.com | 8/19/2025 10:10:26 AM | SENT |
| Abigail Villegas | | avillegas@smithandhassler.com | 8/19/2025 10:10:26 AM | SENT |
| Elizabeth Lampert | | ELampert@krcl.com | 8/19/2025 10:10:26 AM | SENT |
| Brian  G.Cano | | bcano@feesmith.com | 8/19/2025 10:10:26 AM | SENT |
| Elizabeth Chipelo | | elizabeth.chipelo@oag.texas.gov | 8/19/2025 10:10:26 AM | ERROR |
| MUHAMMAD S.AZIZ | | maziz@awtxlaw.com | 8/19/2025 10:10:26 AM | SENT |
| Jessica L.Dean | | jdean@awtxlaw.com | 8/19/2025 10:10:26 AM | SENT |
| Patrick Todd | | patrick.todd@oag.texas.gov | 8/19/2025 10:10:26 AM | SENT |
| Kim Spurlock | | kspurlock@awtxlaw.com | 8/19/2025 10:10:26 AM | SENT |
| Hailey Hutson | | hhutson@awtxlaw.com | 8/19/2025 10:10:26 AM | SENT |
| Mayra Contreras | | mayra.contreras@oag.texas.gov | 8/19/2025 10:10:26 AM | SENT |
| Laura Wright | | WrightEdocsNotifications@wbclawfirm.com | 8/19/2025 10:10:26 AM | SENT |
| Jaclyn Degollado | | jdegollado@feesmith.com | 8/19/2025 10:10:26 AM | SENT |
| Gina Williams | | gwilliams@feesmith.com | 8/19/2025 10:10:26 AM | SENT |
| Michael  ALogan | | mlogan@krcl.com | 8/19/2025 10:10:26 AM | SENT |
| Kimberly Hayes | | KHayes@krcl.com | 8/19/2025 10:10:26 AM | SENT |
| Kayla Bright | | kbright@krcl.com | 8/19/2025 10:10:26 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Patrick Todd
Bar No. 24106513
catherine.hughes@oag.texas.gov
Envelope ID: 104543988
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 8/19/2025 11:36 AM CST

Case Contacts

| Kayla Bright | | kbright@krcl.com | 8/19/2025 10:10:26 AM | SENT |
|---|---|---|---|---|
| Kent Adams | 869200 | kent.adams@wilsonelser.com | 8/19/2025 10:10:26 AM | SENT |
| Cameron Keener | | cameron.keener@wilsonelser.com | 8/19/2025 10:10:26 AM | SENT |
| Lysandra Ramirez | | lysandra.ramirez@wilsonelser.com | 8/19/2025 10:10:26 AM | SENT |
| NIki Fischer | | niki.fischer@wilsonelser.com | 8/19/2025 10:10:26 AM | SENT |

CAUSE NO. 2023-07113

Pgs-2

CPROZ

| DOMINGUEZ, ASHLIE, | § | IN THE DISTRICT COURT OF |
| Plaintiff(s) | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MORENO, EDUARDO, | § | 281st JUDICIAL DISTRICT |
| Defendant(s) | § | |

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL RESPONSES FROM THIRD PARTY TEXAS ALCOHOL AND BEVERAGE COMMISSION

The Court has considered Plaintiffs' Motion to Compel Third Party Compliance and Motion to Overrule Objections from the Texas Alcohol and Beverage Commission, the Response and Reply and hereby GRANTS IN PART AND DENIES IN PART Plaintiffs' Motion.

Therefore, the Court GRANTS the Motion, OVERRULES the objections and ORDERS the production of documents from the Texas Alcohol and Beverage Commission within fifteen (15) days of the date of this order for the following requests for documents:

1. All documents or correspondence regarding TRACE Investigation resulting from the car accident involving Eduardo Moreno and Orlando Hayward that occurred on November 15, 2022 as long as their is not an open prosecution of Defendant Moreno.

2. All documents or correspondence relating to Sandbagger's Pub located at 13027 Highway 105 E, Conroe, TX 77306 for the years 2021 and 2022.

3. All documents of correspondence relating to Molly's Pub located at 901 N. Loop 336 W., Conroe, TX 77306 for the years 2021 and 2022.

Therefore, the Court DENIES the Motion, and SUSTAINS the objections for the following requests for documents:

1) Documents TABC provides TABC agents regarding how to conduct source investigations.

2) Documents TABC provides TABC agents regarding how to conduct TRACE investigations.

3) Policies and procedures for TABC agents' investigations of over-service including, but not limited to, TRACE investigations.

4) Any checklists provided to TABC agents for investigations of over-service.

5) Any criteria provided to TABC agents to assist with investigations of over-service.

6) Training materials TABC provides TABC agents to assist with investigations of over-service.

Signed July 30, 2025

_____

Hon. CHRISTINE WEEMS
Judge, 281st District Court

| CASE NUM: | 202307113 | PJN: | 🔍 | TRANS NUM: | | CURRENT COURT: | 281 | PUB: | Please Select ▼ |
|---|---|---|---|---|---|---|---|---|---|
| CASE TYPE: | MOTOR VEHICLE ACCIDENT | | | | CASE STATUS: | READY DOCKET | | | |
| STYLE: | DOMINGUEZ, ASHLIE | | | | VS | MORENO, EDUARDO | | | |

**** ACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00019 - 0001 | AGT | | TIME TO SPARE MAY BE SERVED BY SERVING ITS | | |
| ☐ | | 00018 - 0001 | AGT | | TIME TO SPARE LLC BY SERVING ITS REGISTEREI | | |
| ☐ | | 00017 - 0001 | DEF | 12497500 | TIME TO SPARE LLC | | LOGAN, MICHAEL ALAN |
| ☐ | | 00015 - 0001 | AGT | | LIFEY LEASING INC (D/B/A MOLLYS PUB) (A DOMES | | |
| ☐ | | 00014 - 0001 | AGT | | SANDBAGGERS PUB NP (A DOMESTIC NONPROFIT | | |
| ☐ | | 00013 - 0001 | DEF | 24085380 | MOLLYS PUB | | HOLLIS, DANIELLE L |
| ☐ | | 00012 - 0001 | DEF | 24085380 | LIFEY LEASING INC (D/B/A MOLLYS PUB) (A DOMES | | HOLLIS, DANIELLE L |
| ☐ | | 00011 - 0001 | DEF | 12497500 | SANDBAGGERS PUB NP (A DOMESTIC NONPROFIT | | LOGAN, MICHAEL ALAN |
| ☐ | | 00010 - 0001 | DEF | | WREN, KELLEY RAY | | |
| ☐ | | 00016 - 0001 | DEF | 24138092 | SANDBAGGERS PUB | | BRIGHT, KAYLA MARIE |
| ☐ | | 00009 - 0001 | PLT | 24043538 | ESTATE OF NIGUEL HAYWARD (DECEASED) | | AZIZ, MUHAMMAD SULEIMAN |
| ☐ | | 00008 - 0001 | PLT | 24043538 | HAYWARD, REYNA (INDIVIDUALLY AND AS REPRES | | AZIZ, MUHAMMAD SULEIMAN |
| ☐ | | 00007 - 0001 | DEF | 01631230 | MORENO, EDUARDO | | BALIDO, CARLOS A. |
| ☐ | | 00006 - 0001 | PLT | 24043538 | HAYWARD, ORLANDO | | AZIZ, MUHAMMAD SULEIMAN |
| ☐ | | 00005 - 0001 | AGT | | DRAGGIN TOOLS TRUCKING LLC BY SERVING ITS | | |
| ☐ | | 00002 - 0001 | DEF | 01631230 | MORENO, EDUARDO | | BALIDO, CARLOS A. |
| ☐ | | 00001 - 0001 | PLT | 24050387 | DOMINGUEZ, ASHLIE | | CARTER, DARAGH JOHN |